1004

THE STATE OF WASHINGTON, *Respondent*, v. R.R., *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 00-8-02676-7, James Bryan Street, J., entered July 27 and August 10, 2000. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS C. WARREN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-01802-1, James Bryan Street, J., entered July 6, 2000. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. KIM SHYVERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06128-1, Jeffrey M. Ramsdell, J., entered August 25, 2000. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Appellant*, v. JEFFREY CLINTON BLACK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-00549-7, Philip G. Hubbard, Jr., J., entered September 8, 2000. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Becker, A.C.J., and Ellington, J.